**AFFIRM; Opinion Filed February 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00083-CR

**SHAMONT DESMOND SMALL, Appellant**
V.
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-26251-W**

## OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice FitzGerald

Appellant Shamont Desmond Small was charged by indictment with the offense of failing to register as a sex offender. Pursuant to a plea agreement, appellant pleaded nolo contendere and was placed on deferred adjudication community supervision for a period of two years running from August 18, 2005. On August 3, 2007, the trial judge signed an order extending the term of community supervision for two more years. On August 4, 2009, the judge signed an order extending the term of community supervision for one more year. On August 10, 2010, the judge signed an order extending the term of community supervision one more year, such that the term would end August 18, 2011.

On August 11, 2011, the State filed a Motion to Revoke Probation or Proceed with an Adjudication of Guilt. The State alleged that appellant had violated several conditions of his community supervision. The trial judge conducted a hearing on the State's motion on September 2, 2011. Appellant pleaded true to the allegations in the motion. He testified in an attempt to show extenuating circumstances. At the end of the hearing, the judge granted the State's motion and assessed appellant's punishment at three years in the penitentiary. Appellant filed a motion for new trial, and the judge granted the motion to the extent that she changed appellant's sentence to eighteen months' confinement in a state jail facility. On appeal, appellant raises a single point of error, that the trial judge erred by granting the State's motion after the statutory probationary period had expired.

We overrule appellant's point of error because his brief is grossly deficient. Together, his "summary of argument" and his "argument" barely exceed a page in length. He cites no authorities, aside from one reference to "Chapter 62 of the Texas Code of Criminal Procedure" as the source of the law under which he was indicted for failure to register as a sex offender. His "argument" consists of a repetition of some of the facts we have recounted above, followed by the following paragraph:

> The maximum length of the probationary period for a State Jail Felony is five years. On the date the Trial Court sentenced Appellant the maximum probationary period had been exceeded. Moreover, the State's motion to revoke was filed after the probationary period had expired. It is axiomatic that the Trial Court's judgment is void.

He cites no authorities in support of these assertions. Failure to present argument or authorities in support of an assertion results in waiver of the issue. *See Russeau v. State*, 171 S.W.3d 871, 881 (Tex. Crim. App. 2005) ("[B]ecause appellant provides no argument or authority with respect to the protection provided by the Texas Constitution, we overrule these points of error as

inadequately briefed."); *Delapaz v. State*, 228 S.W.3d 183, 197 n.20 (Tex. App.—Dallas 2007, pet. ref'd); *see also Kiss v. State*, 316 S.W.3d 665, 667 (Tex. App.—Dallas 2009, pet. ref'd). We conclude appellant has waived his only point of error on appeal.

Even if appellant had not waived his point of error by his inadequate briefing, we would overrule his point of error on the merits. The court of criminal appeals recently held that trial judges possess the authority to extend an originally assessed period of deferred-adjudication community supervision in state-jail felony cases. *Garrett v. State*, 377 S.W.3d 697, 708 (Tex. Crim. App. 2012).

We affirm the trial court's judgment.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120083F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

SHAMONT DESMOND SMALL,
Appellant

No. 05-12-00083-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F05-26251-W.
Opinion delivered by Justice FitzGerald.
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered February 27, 2013.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

4